PROBATION FORM NO. 35  
(1/92)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

# United States District Court
## FOR THE

USDC CLERK GREENVILLE, SC

2008 JUL 10 P 2:05

### District of South Carolina

UNITED STATES OF AMERICA

v.

John Melvin Bluford                                        Crim. No. 8:97-170-10

On November 27, 2001, the above named was placed on supervised release for a period of eight years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that he be discharged from supervised release.

Respectfully submitted,

Felicia R. Leaks  
United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 9 day of July, 2008.

The Honorable G. Ross Anderson, Jr.  
United States District Judge

(Form Revised in WP80 by D/SC-9/97)